FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JUL 13 AM 10: 45

CLERK B McCarthy
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| BILLY GUYTON, SR., | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV205-233 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR297-026) |
| Respondent. | ) | |

## CERTIFICATION OF APPEALABILITY

Pursuant to 28 U.S.C. § 2253(c), an appeal may not be taken in this matter unless the Court issues a Certificate of Appealability. This certificate may issue only if Petitioner has made a substantial showing of the denial of a constitutional right. If granted, the certificate must indicate which specific issue or issues satisfy this showing. In accordance with the foregoing, a Certificate of Appealability is hereby **DENIED** as Petitioner has not made a substantial showing of the denial of a constitutional right.

Petitioner's Motion for Appointment of Counsel to assist him on his appeal is also **DENIED**.

**SO ORDERED**, this 13th day of July, 2006.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)