IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

BILLY GUYTON, SR.         :

VS                        :     CV205-233
                                Secondary Case No. CR297-26
                                Appeal No. 06-13603-G

UNITED STATES OF AMERICA  :

## ORDER

The United States Court of Appeals for the Eleventh Circuit has Denied the Appellant's motion for a certificate of appealability; thus terminating the appeal in this case pursuant to 28 U.S.C. Section 2253(c)(2). Accordingly,

IT IS HEREBY ORDERED that the order of the Eleventh Circuit Court of Appeals is made the order of this Court.

This 27th day of November, 2006.

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA